Prepared by State Reporter from Appeal Papers

riding in such a careless manner that the car was over-turned. The complaint was dismissed on the ground that a minor child living with his father cannot maintain an action to recover from the father damages for an unintentional injury.

*Andrew Byrne* and *Julius J. Gans* for appellant.
*John T. Loughran* and *Robert H. Charlton* for respondent.

Judgment affirmed, with costs. Held, that an action for personal injuries resulting from negligence may not be maintained against a parent by an unemancipated minor child; no opinion.

Concur: POUND, LEHMAN, KELLOGG and O'BRIEN, JJ.
Dissenting: CARDOZO, Ch. J., CRANE and ANDREWS, JJ.

---

BESSIE B. GREEN et al., as Executors of WILLIAM GREEN, Deceased, Appellants, *v.* TITLE GUARANTEE AND TRUST COMPANY, Respondent.

*Bonds — trustees — negligence — action by bondholder against trustee to recover for alleged negligence in failing to include certain properties in mortgage and in so drafting instrument that it was subsequently declared void as to creditors.*

*Green v. Title Guarantee & Trust Co.,* 223 App. Div. 12, affirmed.

(Argued June 8, 1928; decided July 19, 1928.)

APPEAL from a judgment, entered March 28, 1928, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint. The action was to recover for the alleged negligence of the defendant in failing to include in an indenture of mortgage on which corporate bonds were issued certain properties and in so drafting the instrument that the mortgage was subsequently declared void as to creditors, so that bonds so issued and held by plaintiff were not entitled to priority over other claims against the issuing corporation.

*Selden Bacon* and *Saul S. Myers* for appellants.

*Graham Sumner, Robert H. O'Brien* and *Ralph C. Taylor* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., CRANE, ANDREWS, KELLOGG and O'BRIEN, JJ. Not voting: POUND, J. Not sitting: LEHMAN, J.

---

In the Matter of the Transfer Tax upon the Estate of LUTHER G. CORWITH, Deceased.

LIZZIE W. CORWITH, Executrix, Appellant; THE STATE TAX COMMISSION, Respondent.

*Tax — transfer tax — appraisal of shares of stock forming part of estate — attachment of good will value*

*Matter of Corwith*, 222 App. Div. 816, affirmed.

(Submitted June 8, 1928; decided July 19, 1928.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 6, 1928, which unanimously affirmed an order of the Nassau County Surrogate's Court assessing a transfer tax upon the estate of Luther G. Corwith, deceased. Objection was raised to the attachment of a good will value in appraising shares of stock forming part of the estate of decedent.

*Joseph Epstein* for appellant.

*Percy D. Stoddart* and *Harry M. Peyser* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.